# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 12, 2008

**Before**

JOEL M. FLAUM, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 05-2747

| | |
|---|---|
| MATTHEW E. WRINKLES,<br>    *Petitioner-Appellant*,<br><br>        *v.*<br><br>ED BUSS, Superintendent,[1]<br>    *Respondent-Appellee*. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 01 C 1668<br><br>John Daniel Tinder,<br>*Judge*. |

**O R D E R**

The slip opinion issued in the above-entitled cause on August 12, 2008, is amended as follows:

Page 1, first paragraph, line 2, insert "County" after "Vanderburgh".

---

[1] Ed Buss, who became superintendent of the Indiana State Prison after this appeal was filed, has been substituted for Daniel McBride as the appellee. *See* Fed. R. App. P. 43 (c)(2).